EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00399-04 DAE |
| | ) |
| Plaintiff, | ) UNITED STATES' MOVES TO |
| | ) WITHDRAW ITS MOTION TO CONTINUE |
| vs. | ) TRIAL; ORDER |
| | ) |
| ANTONIO PANLASIGUI, JR., (04), aka "Tony," | ) |
| | ) |
| Defendant. | ) |

UNITED STATES' MOVES TO WITHDRAW
ITS MOTION TO CONTINUE TRIAL

The United States moves to withdraw its motion to continue trial due to unavailability of an essential witness.

DATED: January 24, 2006, at Honolulu, Hawaii.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii


                        By /s/ Thomas Muehleck
                            THOMAS MUEHLECK
                            Assistant U.S. Attorney

```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,      ) CR. NO. 04-00399-04 DAE
                               )
          Plaintiff,           ) ORDER
                               )
     vs.                       )
                               )
ANTONIO PANLASIGUI, JR., (04), )
  aka "Tony,"                  )
                               )
          Defendant.           )
_____)
```

ORDER

Considering the foregoing, the United States' motion to withdraw motion to continue trial is granted.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 27, 2006.

_____
David Alan Ezra
United States District Judge

**CERTIFICATE OF SERVICE**

       I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:
Served by First Class Mail:

    William A. Harrison, Esq.          January 24, 2006
    841 Bishop St., Suite 800
    Honolulu, HI 96813

    Attorney for Defendant
    ANTONIO PANLASIGUI, JR.

                                    /s/ Rowena N. Kang