EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00399 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' MOTION TO |
| vs. | ) | CONTINUE TRIAL DATE TO |
| | ) | MARCH 14, 2006 |
| ANTONIO PANLASIGUI, JR.,   (04), | ) | |
| DAWN R. GALARITA,          (06), | ) | |
| TIARE M. SMITH,            (07), | ) | |
| | ) | |
| | ) | Date:   March 7, 2006 |
| Defendants. | ) | Time:   9:00 a.m. |
| _____ | ) | Judge:  Hon. David A. Ezra |

UNITED STATES' MOTION TO CONTINUE
TRIAL DATE TO MARCH 14, 2006

        The United States through the United States Attorney

for the District of Hawaii, moves this honorable Court to

continue the March 7, 2006 trial date to March 14, 2006 to ensure

continuity of counsel for the United States.  The undersigned

Assistant United States Attorney is scheduled to attend a four-

day drill with his unit in the Army Reserve at Schofield Barracks

on March 9, 10, 11 and 12.  The Undersigned Assistant United States Attorney believes that only two defendants may actually elect to exercise their right to trial by jury and that the trial can be completed in one week.

Accordingly, the United States moves to continue the March 7th trial date to March 14th in order to ensure continuity of counsel for the United States, the United States asks the Court to exclude the delay from computation of the Speedy Trial Act in accordance with Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv).

DATED: February 21, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Thomas Muehleck
   THOMAS MUEHLECK
   Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

William A. Harrison, Esq.         February 21, 2006
841 Bishop St., Suite 800
Honolulu, HI 96813

    Attorney for Defendant
    Antonio Panlasigui, Jr.

Clayton K. Kimoto, Esq.           February 21, 2006
733 Bishop St., Suite 2302
Honolulu, HI 96813

    Attorney for Defendant
    Dawn R. Galarita

Served by First Class Mail:

Birney B. Bervar, Esq.             February 21, 2006
1001 Bishop St., Suite 1400
Honolulu, HI 96813

    Attorney for Defendant
    Tiare M. Smith

                           /s/ Rowena N. Kang