# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 04-00399DAE

CASE NAME:       USA v. (04) Antonio Panlasigui, Jr., aka "Tony"
                       (06) Dawn R. Galarita

ATTYS FOR PLA:   Thomas Muehleck

ATTYS FOR DEFT:  (04) William A. Harrison
                 (06) Clayton K. Kimoto

INTERPRETER:

JUDGE:    David Alan Ezra          REPORTER:   Cynthia Fazio

DATE:     2/24/2006                TIME:       10:30am-10:45am

COURT ACTION:  EP:  United States' Motion to Continue Trial date.

Defendants' presence are waived.

Oral arguments heard.

United States' Motion to Continue Trial date-GRANTED.  Trial continued to 3/15/2006 @900amDAE. The Court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial.  The Court order that the period from 3/7/2006 to and including 3/15/2006 be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Submitted by:  Theresa Lam, Courtroom Manager