# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 04-00399DAE

CASE NAME:        USA vs. (04) ANTONIO PANLASIGUI, JR., aka "Tony"

ATTYS FOR PLA:    Thomas Muehleck

ATTYS FOR DEFT:   (04) William A. Harrison

INTERPRETER:

JUDGE:   Leslie E. Kobayashi        REPORTER:   FTR-Courtroom 7

DATE:    3/7/2006                   TIME:       3:33-3:59

COURT ACTION:  EP: Motion for Withdrawal of Not Guilty Plea and To Plead Anew - Defendant (04) Antonio Panlasigui, Jr. present, not in custody.

Defendant sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate, signatures verified and filed. Memorandum of Plea Agreement, signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, limited rights to appeal, etc.

Plea of Guilty as to Count 10 of the Superseding Indictment entered by the Defendant. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO.

SENTENCING to Count 10 of the Superseding Indictment set for 2:15 p.m. 9/11/06 before Judge David Alan Ezra.

Defendant's current conditions of release to continue.

Submitted by: Warren N. Nakamura, Courtroom Manager