## PRELIMINARY REPORT
(No Liability Hereunder)

This report (and any revisions thereto) is issued solely for the convenience of the titleholder, the titleholder's agent, counsel, purchaser or mortgagee, or the person ordering it for the purpose of facilitating the issuance of a policy of title insurance by Title Guaranty of Hawaii and no liability will arise under this report.

----------------------------------------------

## SCHEDULE A

Title Guaranty of Hawaii, Incorporated, hereby reports that, subject to those matters set forth in Schedule "B" hereof, the title to the estate or interest to the land described in Schedule "C" hereof is vested in:

ANTONIO PANLASIGUI, JR. and
LEE-ANN PANLASIGUI,
Trustees of the Antonio Panlasigui, Jr.
and Lee-Ann Panlasigui Revocable Living
Trust dated May 27, 2005,
with full powers to sell, mortgage,
lease or otherwise deal with the land,
as Fee Owner

This report is dated as of May 8, 2006 at 8:00 a.m.

Inquiries concerning this report should be directed to EDISON CARIAGA.
Email ecariaga@tghawaii.com.
Fax (808) 539-7774.
Telephone (808) 521-0254.
Refer to Order No. 200625685.

Inquiries concerning Escrow should be directed to ROBYNNE FUKUNAGA.
Email rfukunaga@tghawaii.com.
Fax (808) 871-2222.
Telephone (808) 871-2225.
Escrow No. A62040465.

## SCHEDULE B
## EXCEPTIONS

1.  Real Property Taxes have been fully paid up to and including June 30, 2006. (see tax statement attached)

    Tax Key: (2) 4-3-009-070    Area Assessed: 6,084 sq. ft.

    Land Classification: IMPROVED RESIDENTIAL

    Street Address: 57 PI'INA PLACE, LAHAINA, HAWAII 96761

2.  Reservation in favor of the State of Hawaii of all mineral and metallic mines.

3.  LEASE

    TO         : MAUI ELECTRIC COMPANY, LTD. and GTE HAWAIIAN
                 TELEPHONE COMPANY INCORPORATED now known as HAWAIIAN
                 TELCOM, INC.

    DATED      : October 9, 1961
    RECORDED   : Liber 4162   Page 301
    LEASING    : Rights-of-way, each 25 feet in width

4.  The terms and provisions contained in the following:

    INSTRUMENT : NOTICE OF AIRPORT AND AIRCRAFT OPERATIONS

    DATED      : November 26, 1984
    RECORDED   : Liber 18291  Page 140
    PARTIES    : MAUI LAND & PINEAPPLE COMPANY, INC., ("MLP"), a
                 Hawaii corporation and HAWAIIAN AIRLINES, INC.,
                 ("HAL"), a Hawaii corporation

5.  The terms and provisions contained in the following:

    INSTRUMENT : DECLARATION TO RESTRICT USE OF CERTAIN LOTS OF THE
                 KAPUA VILLAGE SUBDIVISION TO SATISFY CONDITIONS
                 IMPOSED BY THE MAUI PLANNING COMMISSION

    DATED      : October 30, 2002
    RECORDED   : Document No. 2002-199181

SCHEDULE B CONTINUED

6.   The terms and provisions contained in the following:

     INSTRUMENT :  DECLARATION OF COVENANTS, CONDITIONS AND
                   RESTRICTIONS FOR THE KAPUA VILLAGE SUBDIVISION

     DATED      :  October 30, 2002
     RECORDED   :  Document No. 2002-199182


7.   The terms and provisions contained in the following:

     INSTRUMENT :  KAPUA VILLAGE SUBDIVISION HOUSING COVENANT AND
                   REPURCHASE OPTION

     DATED      :  ---(effective January 1, 2003)
     RECORDED   :  Document No. 2003-069793


     The foregoing includes, but is not limited to, matters relating
     to options/restrictions on resale

8.   The terms and provisions contained in the following:

     INSTRUMENT :  WARRANTY DEED

     DATED      :  April 10, 2003
     RECORDED   :  Document No. 2003-069794


     The foregoing includes, but is not limited to, matters relating
     to options/restrictions on resale


9.   MORTGAGE


     MORTGAGOR  :  ANTONIO PANLASIGUI, JR. and LEE-ANN N. T.
                   PANLASIGUI, husband and wife

     MORTGAGEE  :  WALTER A. Y. H. CHINN, CLERK UNITED DISTRICT COURT,
                   DISTRICT OF HAWAII

     DATED      :  October 27, 2004
     RECORDED   :  Document No. 2004-219533
     AMOUNT     :  $50,000.00

SCHEDULE B CONTINUED


SUBORDINATION AGREEMENT

DATED      :  August 16, 2005
RECORDED   :  Document No. 2005-173860

Subordinates said above MORTGAGE to the lien of that certain
MORTGAGE recorded as Document No. 2005-173859.


10.  MORTGAGE

LOAN/ACCOUNT NO. 700173

MORTGAGOR  :  ANTONIO PANLASIGUI, JR. and LEE-ANN PANLASIGUI,
              husband and wife

MORTGAGEE  :  MAUI COUNTY EMPLOYEES FEDERAL CREDIT UNION, an
              association organized under the laws of the United
              States

DATED      :  August 25, 2005
RECORDED   :  Document No. 2005-173859
AMOUNT     :  $539,000.00


11.  Any lien (or claim of lien) for services, labor or material
     arising from an improvement or work related to the land described
     in Schedule C herein.

     -Note:-  Before issuance of an ALTA policy, verification is
              required that there is no renovation or construction in
              progress at the present time, nor has there been any
              renovation or construction during the past year, nor has
              any material been delivered to the site for purposes of
              renovation or construction in the past year.


**END OF SCHEDULE B**

## SCHEDULE C

All of that certain parcel of land situate at Kahana, Lahaina, Island and County of Maui, State of Hawaii, being LOT 18 of the "KAPUA VILLAGE SUBDIVISION", as shown on File Plan Number 2332, filed in the Bureau of Conveyances of the State of Hawaii, and containing an area of 6,084 square feet, more or less.

BEING THE PREMISES ACQUIRED BY QUITCLAIM DEED

GRANTOR    :  ANTONIO PANLASIGUI, JR. and LEE-ANN PANLASIGUI,
              husband and wife

GRANTEE    :  ANTONIO PANLASIGUI, JR. and LEE-ANN PANLASIGUI,
              Trustees of the Antonio Panlasigui, Jr. and Lee-Ann
              Panlasigui Revocable Living Trust dated May 27,
              2005, with full powers to sell, mortgage, lease or
              otherwise deal with the land

DATED      :  August 25, 2005
RECORDED   :  Document No. 2005-184637

## END OF SCHEDULE C

## GENERAL NOTES

1.  There is hereby omitted from any covenants, conditions and reservations contained herein any covenant or restriction based on race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, or source of income, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law.  Lawful restrictions under state or federal law on the age of occupants in senior housing or housing for older persons shall not be construed as restrictions based on familial status.

2.  This report includes, but is not limited to, a search of the indices of the Bureau of Conveyances for any conveyance document(s) affecting the premises described in Schedule C for the past 12 months, and shows the following:

BEING THE PREMISES ACQUIRED BY QUITCLAIM DEED

GRANTOR    :  ANTONIO PANLASIGUI, JR., also known as ANTONIO PANLASIGUI and LEE-ANN PANLASIGUI, also known as LEE-ANN N.T. PANLASIGUI, husband and wife

GRANTEE    :  ANTONIO PANLASIGUI, JR. and LEE-ANN PANLASIGUI, Trustees of the Antonio Panlasigui, Jr. and Lee-Ann Panlasigui Revocable Living Trust dated May 27, 2005, with full powers to sell, mortgage, lease or otherwise deal with the land

DATED      :  May 27, 2005
RECORDED   :  Document No. 2005-115820

BEING THE PREMISES ACQUIRED BY QUITCLAIM DEED

GRANTOR    :  ANTONIO PANLASIGUI, JR. and LEE-ANN PANLASIGUI, Trustees of the Antonio Panlasigui, Jr. and Lee-Ann Panlasigui Revocable Living Trust dated May 27, 2005

## GENERAL NOTES

GRANTEE      :  ANTONIO PANLASIGUI, JR. and LEE-ANN PANLASIGUI,
                husband and wife

DATED        :  August 25, 2005
RECORDED     :  Document No. 2005-173858

BEING THE PREMISES ACQUIRED BY QUITCLAIM DEED

GRANTOR      :  ANTONIO PANLASIGUI, JR. and LEE-ANN PANLASIGUI,
                husband and wife

GRANTEE      :  ANTONIO PANLASIGUI, JR. and LEE-ANN PANLASIGUI,
                Trustees of the Antonio Panlasigui, Jr. and Lee-Ann
                Panlasigui Revocable Living Trust dated May 27,
                2005, with full powers to sell, mortgage, lease or
                otherwise deal with the land

DATED        :  August 25, 2005
RECORDED     :  Document No. 2005-184637

## GUIDELINES FOR THE ISSUANCE OF INSURANCE

A. Taxes shown in Schedule B are as of the date such information is available from the taxing authority. Evidence of payment of all taxes and assessments subsequent to such date must be provided prior to recordation.

B. Evidence of authority regarding the execution of all documents pertaining to the transaction is required prior to recordation. This includes corporate resolutions, copies of partnership agreements, powers of attorney and trust instruments.

C. If an entity (corporation, partnership, limited liability company, etc.) is not registered in Hawaii, evidence of its formation and existence under the laws where such entity is formed must be presented prior to recordation.

D. If the transaction involves a construction loan, the following is required:

   (1) a letter confirming that there is no construction prior to recordation; or

   (2) if there is such construction, appropriate indemnity agreements, financial statements and other relevant information from the owner, developer, general contractor and major sub-contractors must be submitted to the Title Company for approval at least one week prior to the anticipated date of recordation.

   Forms are available upon request from Title Guaranty of Hawaii.

E. Chapter 669, Hawaii Revised Statutes, sets forth acceptable tolerances for discrepancies in structures or improvements relative to private property boundaries for various classes of real property. If your survey map shows a position discrepancy that falls within the tolerances of Chapter 669, call your title officer as affirmative coverage may be available to insured lenders.

F. The right is reserved to make additional exceptions and/or requirements upon examination of all documents submitted in connection with this transaction.

G. If a policy of title insurance is issued, it will exclude from coverage all matters set forth in Schedule B of this report and in the printed Exclusions from Coverage contained in an ALTA policy or in the Hawaii Standard Owner's Policy, as applicable. Different forms may have different exclusions and should be reviewed. Copies of the policy forms are available upon request from Title Guaranty of Hawaii or on our website at www.tghawaii.com.

DATE PRINTED:  5/23/2006

STATEMENT OF ASSESSED VALUES AND REAL PROPERTY TAXES DUE

NAME OF OWNER: PANLASIGUI,LEE-ANN N T/ANTONIO JR
LEASED TO     :

TAX MAP KEY

DIVISION ZONE SECTION PLAT PARCEL HPR NO.
   (2)      4      3      009   070   0000

CLASS: 1                    AREA ASSESSED:              6,084 SF

ASSESSED VALUES FOR CURRENT YEAR TAXES:  2005

     This certifies that the records of this division show the
assessed values and taxes on the property designated by Tax Key shown
above are as follows:

| | | |
|---|---|---:|
| BUILDING | $ | 159,200 |
| EXEMPTION | $ | 0 |
| NET VALUE | $ | 159,200 |
| LAND | $ | 88,000 |
| EXEMPTION | $ | 0 |
| NET VALUE | $ | 88,000 |
| TOTAL NET VALUE | $ | 247,200 |

Installment  (1 - due 8/20;  2 - due 2/20)

| Tax Year | Installment | Tax Amount | Penalty Amount | Interest Amount | Other Amount | Total Amount | |
|---|---|---|---|---|---|---|---|
| 2005 | 2 | 724.29 | | | | 724.29 | PAID |
| 2005 | 1 | 724.30 | | | | 724.30 | PAID |
| 2004 | 2 | 257.84 | 25.78 | 17.02 | | 300.64 | PAID |
| 2004 | 1 | 257.84 | | | | 257.84 | PAID |