# HARRISON & MATSUOKA
*Attorneys at Law*

William A. Harrison
E-mail: wharrison@hamlaw.net
Keith A. Matsuoka
E-mail: kmatsuoka@hamlaw.net

Davies Pacific Center
841 Bishop Street, Suite 800
Honolulu, Hawaii 96813
Telephone: (808) 523-7041
Facsimile: (808) 538-7579

August 4, 2006

The Honorable David Alan Ezra
Judge
United States District Court
District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

RE:    United States of America vs. ANTONIO PANLASIGUI, JR.
       Criminal No. 04-00399DAE-04

Dear Judge Ezra:

On July 24, 2006 I received a copy of the Draft Presentence Investigation Report in the above-referenced case. Unfortunately Mr. Panlasigui is a Maui resident thus; I have not yet been able to meet with him to review the Presentence Investigation Report.

Pursuant to the notice, counsel is required to respond by today August 4, 2006. Unfortunately, I will not be able to respond by the due date and request a two-(2) week extension to so respond.

Thank you very much for your kind consideration in this regard.

Sincerely,

HARRISON & MATSUOKA

WILLIAM A. HARRISON

Cc:    Florence Nakakuni, Esq. (Assistant U.S. Attorney)
       Ms. Rosanne T. Donohoe (U.S. Probation Officer)

