# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00399DAE |
| CASE NAME: | USA v. (04)Antonio Panlasigui, Jr. |
| ATTYS FOR PLA: | Mike Kawahara |
| ATTYS FOR DEFT: | (04)William Harrison |
| USPO: | Rosanne Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 11/27/2006 | TIME: | 1:30pm-2:35pm |

COURT ACTION:  EP: Sentencing to Count 10 of the Superseding Indictment as to Defendant (04)Antonio Panlasigui, Jr.

Defendant (04)Antonio Panlasigui, Jr. present, not in custody.

The Memorandum Plea Agreement is accepted.  Safety valve applies.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (04)Antonio Panlasigui, Jr..

SENTENCE:

Imprisonment:   TIME SERVED

Supervised Release:   5 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes (mandatory condition).

    3.    Defendant shall not possess illegal controlled substances (mandatory condition).

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release.[DRUG TESTING IS WAIVED]

6. That the defendant serve 6 months of home detention with electronic monitoring as arranged by the Probation Office. During this time, the defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office.

7. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

8. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

Special Assessment: $100.00.

Government's Oral Motion to Dismiss All Remaining Counts as to this Defendant Only - GRANTED.

Defendant advised of his right to appeal.

Submitted by: Theresa Lam, Courtroom Manager