CR 04-00399DAE-10

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 29 2006

at  4  o'clock and  30  min. P M
SUE BEITIA, CLERK
```

___LAND COURT SYSTEM___          ___REGULAR SYSTEM___

AFTER RECORDATION, RETURN BY MAIL ( ) PICKUP (X)

KEITH A. MATSUOKA, ESQ.
Harrison & Matsuoka
841 Bishop Street, Suite 800
Honolulu, Hawaii 96813
Telephone No. 523-7041

## TITLE OF DOCUMENT:

RELEASE OF MORTGAGE

## PARTIES TO DOCUMENT:

Mortgagor:   ANTONIO PANLASIGUI, JR. and LEE-ANN T. PANLASIGUI,
             husband and wife

Mortgagee:   SUE BEITIA, CLERK UNITED STATES DISTRICT COURT, DISTRICT OF
             HAWAII

## TAX MAP KEY FOR PROPERTY:

(2) 4-3-009-052 (Portion)

## RELEASE OF MORTGAGE

The undersigned, SUE BEITIA, CLERK UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII, as owner and holder of that certain Mortgage dated October 27, 2004, executed by ANTONIO PANLASIGUI, JR. and LEE-ANN T. PANLASIGUI, husband and wife, mortgagor, in favor of WALTER A.Y.H. CHINN, CLERK UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII, mortgagee, and recorded in the Bureau of Conveyances of the State of Hawaii, on October 28, 2004, as Document No. 2004-219533, hereby certifies that the indebtedness and obligations secured by said mortgage have been satisfied and thus said mortgage is hereby released and discharged.

In witness whereof, the undersigned have executed this release at Honolulu, Hawaii, on _27 November_, 2006.

                                    SUE BEITIA,
                                    Clerk United States District Court,
                                    District of Hawaii

                            By: _____
                                    GINA DOANE
                                    Chief Deputy, United States District Court,
                                    District of Hawaii

STATE OF HAWAII                    )
                                   ) SS.
CITY AND COUNTY OF HONOLULU        )


On this 29th day of November, 2006, before me personally appeared GINA DOANE, CHIEF DEPUTY, UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed as the Clerk of the District Court of the United States of America.

Name: Eileen Chun Sakuda
Notary Public, State of Hawaii
My commission expires: 3-20-2018

2