AO 442 (Rev. 5/93) Warrant for Arrest

ORIGINAL

SEALED BY ORDER OF THE COURT

# United States District Court

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

ANTONIO PANLASIGUI, JR.

**WARRANT FOR ARREST**

CR 04-399 DAE-04

CASE NUMBER: MAG-04-644

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

FEB 26 2007

at 10 o'clock and 02 min A M
SUE BEITIA, CLERK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  ANTONIO PANLASIGUI, JR.
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring to distribute and to possess with intent to distribute 50 grams or more of methamphetamine. In violation of

2004 SEP 28 PM 12:27 RECEIVED U.S. MARSHAL SERVICE HONOLULU

Title  21  United States Code, Section(s)  846

| LESLIE E. KOBAYASHI | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Leslie E. Kobayashi (signature) | 9/28/04  Honolulu, HI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ to be determined  by  duty judge
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Special Agent Rachel A Byrd | Rachel A Byrd |
| DATE OF ARREST SEP 30 2004 | | |

This form was electronically produced by Elite Federal Forms, Inc.